IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRADLEY HAASE, | ) | |
| Plaintiff, | ) | 4:05cv3073 |
| vs. | ) | JUDGMENT |
| HAROLD W. CLARKE, et al, | ) | |
| Defendants. | ) | |

For the reasons stated in the Memorandum and Order filed on this date,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the plaintiff's complaint and this action are dismissed without prejudice.

DATED this 30th day of March, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge